**Motion granted; Abatement Order filed January 5, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00987-CR
_____

### DETONE LEWAYNE PRICE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 178th District Court
Harris County, Texas
Trial Court Cause No. 1316155**

## ABATEMENT ORDER

Appellant is represented by appointed counsel, Don R. Cantrell. On November 30, 2016, the State notified this court that Don R. Cantrell passed away in October 2016, before the State filed its responsive brief in this appeal. The State now moves this court to abate the appeal to ensure appellant is represented by counsel. The motion is granted.

Accordingly, the case is abated and remanded to the trial court with

instructions to appoint new counsel and have a supplemental clerk's record containing that appointment filed with the clerk of this court within thirty (30) days of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's supplemental clerk's record is filed with this court.


PER CURIAM


Panel consists of Justices Christopher, Jamison, and Donovan.